## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wesley J. Crawford,

        Plaintiff,

v.

United States of America,

        Defendant.

Civil No. 11-0752 (MJD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. Plaintiff filed an objection to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Doc. No. 2), is **DENIED**;

2. Plaintiff's "Motion for Summary Judgment," (Doc. No. 4), is **DENIED**; and

3. Plaintiff's "Motion for Bail Under Personal Recognizance," (Doc. No. 5), is **DENIED**,

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 15, 2011

s/ Michael J. Davis
MICHAEL J. DAVIS
Chief United States District Judge